ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West, POB 36025
San Francisco, CA 94102
Telephone No. (415) 522-3034
Debra.Smith@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC.,<br><br>Defendant. | Case No.: 2:19-cv-02187-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF EEOC'S REQUEST TO REDACT DOCUMENTS SUPPORTING PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 56 AND RULE 41(b) MOTIONS, AND FOR AN ORDER PROHIBITING PUBLIC DISCLOSURE OF CHARGING PARTY'S NAME IN DEFENDANT'S REPLY** |

Pending before this Court is Plaintiff's Request to Redact Documents Supporting Plaintiff's Opposition to Defendant's Rule 56 and Rule 41(b) motions. The request seeks to redact the Charging Party's name to preserve her anonymity considering the underlying allegations of sexual assault. No opposition to Plaintiff's Request has been made. Permitting the Charging Party to preserve her anonymity "outweighs the traditional right of public access to these records." Accordingly, Plaintiff has shown good cause for its request to redact and its request is GRANTED. In addition, Defendant is ORDERED not to disclose the Charging Party's name in its reply brief.

The following pleadings and documents may be redacted:

- Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Dismiss for Failure to Prosecute;

- Declaration of [Charging Party] in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Dismiss for Failure to Prosecute;

- Exhibits 5 and 6 to the Declaration of Debra A. Smith in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Dismiss for Failure to Prosecute;

- Plaintiff's Statement of Undisputed Facts in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, to Dismiss for Failure to Prosecute; and,

- Plaintiff's Opposition to Defendant's Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment, or in the Alternative, to Dismiss for Failure to Prosecute.

IT IS SO ORDERED.

Dated: May 14, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE