ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0939
Fax No. (415) 522-3425
Roberta.Steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC.,<br><br>Defendant. | Case No.: 2:19-cv-02187-MCE-CKD<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF COUNSEL (SMITH) AND DESIGNATION OF COUNSEL FOR SERVICE: ORDER THEREON** |

TO:   THE CLERK OF THE COURT AND ALL PARTIES TO THE INSTANT ACTION:

Pursuant to Local Rules 182(c)(1) and 182(d), please take notice that the clerk is hereby asked to remove Debra A. Smith, Senior Trial Attorney, as counsel of record for Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) in the instant lawsuit, and she should be removed from the service list. All other attorneys at the EEOC who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list. Ms. Marcia L. Mitchell is hereby designated as counsel for service on behalf of the EEOC. The Clerk is requested to change the docket sheet and other court records to reflect that all Orders and communications from the court will no longer be served on Ms. Smith.

/ / /

All service on the EEOC should be made to all other counsel of record for the EEOC.

DATED this 25th day of January, 2022.

By: _/s/ Roberta L. Steele_

| | |
|---|---|
| ROBERTA L. STEELE<br>Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MARCIA L. MITCHELL<br>Supervisory Trial Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| U.S. EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102 | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

*Attorneys for Plaintiff EEOC*

IT IS SO ORDERED.

Dated: February 7, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE