UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ELITE WIRELESS GROUP, INC.,,<br><br>Defendant. | Case No.  2:19-cv-02187-MCE-DB<br><br>**ORDER** |

  Steven R. Roeser of the law firm of Stimmel, Stimmel & Roeser, counsel for Defendant Elite Wireless Group, Inc. ("Defendant") in these proceedings, now moves to withdraw as said counsel.  Defendant has filed no opposition to Roeser's request.

  This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

  Steven R. Roeser has complied with those requirements and his request to withdraw is accordingly proper.

Because counsel's request is both procedurally correct and unopposed, Roeser's Motion to Withdraw (ECF No. 34) is GRANTED.[1]  Steven R. Roeser and the law firm of Stimmel, Stimmel & Roeser are consequently relieved as counsel of record for Defendant effective upon the filing of a proof of service of this signed Order on Defendant.

Defendant is cautioned that as a business entity it cannot make any further appearance in this matter without counsel appearing on its behalf.  Consequently, Defendant is directed to retain new counsel to represent it in these proceedings not later than October 7, 2022.

IT IS SO ORDERED.

Dated:  August 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).