ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC.,<br><br>Defendant. | Case No.:  2:19-cv-02187-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE INITIAL PRETRIAL SCHEDULING DEADLINES** |

# ORDER

Pursuant to the EEOC's *Ex Parte* Application to Extend the Initial Pretrial Scheduling Deadlines [ECF 30], and good cause appearing, the Court grants the *ex parte* application and extends the pretrial deadlines in this case as follows:

| EVENT | DEADLINE |
| --- | --- |
| Amend or supplement pleadings, including to join any additional parties | March 1, 2023 |
| Complete non-expert discovery | July 3, 2023 |
| File motions related to fact discovery | August 1, 2023 |
| Serve expert witness disclosures | September 1, 2023 |
| Serve rebuttal expert witness disclosures | October 2, 2023 |
| Complete expert discovery | November 1, 2023 |
| File dispositive motions | December 1, 2023 |

Also, the Parties may seek discovery immediately as of the date of this Order. Except as otherwise stated in this order, all other instructions reflected in the Court's Initial Scheduling Order (ECF 4) remain unchanged and are incorporated by reference, herein.

IT IS SO ORDERED.

Dated: August 9, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE