ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.:  2:19-cv-02187-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER TO EXTEND INITIAL PRETRIAL SCHEDULING DEADLINES** |
| vs. | |
| ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE, | |
| Defendants. | |

///

///

///

///

///

///

///

///

///

Good cause appearing, Plaintiff EEOC's Ex Parte Application to Extend Initial Pretrial Scheduling Deadlines, ECF No. 46, is GRANTED.  Accordingly, the deadlines in this case shall be as follows:

| EVENT | DEADLINE |
| --- | --- |
| Amend or supplement pleadings, including to join any additional parties | December 1, 2023 |
| Complete Non-expert discovery | January 30, 2024 |
| File motions related to fact discovery | February 15, 2024 |

**IT IS SO ORDERED.**

Dated:  July 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE