KARLA KRAFT, State Bar No. 205530
  kkraft@stradlinglaw.com
VICTORIA MCLAUGHLIN, State Bar No. 321861
  vmclaughlin@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
Wireless World LLC d/b/a Experts Choice

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>Defendant. | CASE NO. 2:19-cv-02187-MCE-CKD<br>Honorable Morrison C. England, Jr<br>Magistrate Judge Carolyn K. Delaney<br><br>DEFENDANT WIRELESS WORLD, LLC'S ANSWER TO FIRST AMENDED COMPLAINT<br><br>Complaint Filed: March 1, 2023 |

Defendant Wireless World, LLC d/b/a Experts Choice ("Wireless"), by and through its undersigned counsel of record, hereby sets forth the following Answer and Affirmative Defenses to Plaintiff U.S. Equal Employment Opportunity Commission's ("EEOC") First Amended Complaint for Employment Discrimination ("Complaint"). Any allegation, averment, contention, or statement in the Complaint not specifically and unequivocally admitted is denied. Wireless responds to each of the paragraphs set forth in the Complaint as follows:

## NATURE OF THE ACTION

In response to the first unnumbered paragraph of the Complaint, Wireless states that there are no allegations against Wireless contained in the first unnumbered paragraph, and as such, no response is required. To the extent a response is required, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

In response to the second unnumbered paragraph of the Complaint, Wireless admits that EEOC has named it as a defendant in this lawsuit. With respect to the allegation that Wireless became the successor entity to Defendant Elite Wireless, Inc. ("Elite") on or around March 1, 2020, this is a legal conclusion to which no response is required. To the extent the allegation does require a response, Wireless denies it. With respect to the second sentence of the second unnumbered paragraph, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

## JURISDICTION AND VENUE

1. Paragraph 1 of the Complaint contains a legal conclusion to which no response is required. To the extent the allegations do require a response, Wireless admits the allegations only to the extent that this Court has subject matter jurisdiction over the action.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
ANSWER
4855-6607-4483v6/106098-0006

2. Paragraph 2 of the Complaint contains a legal conclusion to which no response is required.  To the extent the allegations do require a response, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

## PARTIES

3. In response to Paragraph 3 of the Complaint, Wireless states that there are no allegations against Wireless contained in this paragraph, and as such, no response is required. To the extent a response is required, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

4. In response to Paragraph 4 of the Complaint, Wireless states that there are no allegations against Wireless contained in this paragraph, and as such, no response is required. To the extent a response is required, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

5. In response to Paragraph 5 of the Complaint, Wireless states that there are no allegations against Wireless contained in this paragraph, and as such, no response is required. To the extent a response is required, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

6. In response to Paragraph 6 of the Complaint, Wireless admits that it executed an asset purchase agreement with Elite on or about March 1, 2020.  With respect to the remaining allegations in Paragraph 6, these are legal conclusions to which no response is required.  To the extent the remaining allegations in Paragraph 6 do require a response, Wireless denies them.

7. In response to Paragraph 7 of the Complaint, Wireless admits that it executed an asset purchase agreement with Elite on or about March 1, 2020.  With respect to the remaining allegations in Paragraph 7, these are legal conclusions to

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
ANSWER

4855-6607-4483v6/106098-0006

which no response is required. To the extent the remaining allegations in Paragraph 7 do require a response, Wireless denies them.

8. In response to Paragraph 8 of the Complaint, Wireless states that there are no allegations against Wireless contained in this paragraph, and as such, no response is required. To the extent a response is required, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

9. In response to Paragraph 9 of the Complaint, Wireless admits that, as of March 1, 2020, it operated stores at certain business addresses and locations where Elite operated prior to March 1, 2020.

10. In response to the first sentence of Paragraph 10 of the Complaint, Wireless states that these are legal conclusions to which no response is required. To the extent these allegations do require a response, Wireless denies them. With respect to the second sentence in Paragraph 10, Wireless admits that it hired certain former employees of Elite to work at Wireless' stores.

11. In response to Paragraph 11 of the Complaint, Wireless states that the allegation that it "purchas[ed] Elite's business" is a legal conclusion to which no response is required. To the extent this allegation does require a response, Wireless denies it. In response to the remaining allegations of Paragraph 11, Wireless admits that it hired Elite's shareholders as consultants.

12. Wireless denies the allegations contained in Paragraph 12 of the Complaint.

13. Paragraph 13 of the Complaint contains legal conclusions to which no response is required. To the extent the allegations do require a response, Wireless admits only that it was aware of a sex-based discrimination harassment case involving Elite and pending before the EEOC on or about March 1, 2020.

14. In response to Paragraph 14 of the Complaint, Wireless admits only that it is a Nevada limited liability company authorized to do business in the State of

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
ANSWER

4855-6607-4483v6/106098-0006

1   California. With respect to the remaining allegations in Paragraph 14, Wireless
2   denies that it continuously had at least 15 employees since at least March 1, 2020,
3   because it had less than 15 employees as of September 1, 2021.
4      15. In response to the first sentence of Paragraph 15 of the Complaint,
5   Wireless states that these are legal conclusions to which no response is required.
6   To the extent these allegations do require a response, Wireless denies them because
7   it ceased doing business as of August 31, 2021.
8      16. In response to Paragraph 16 of the Complaint, Wireless states that there
9   are no allegations against Wireless contained in this paragraph, and as such, no
10  response is required. To the extent a response is required, Wireless lacks
11  knowledge or information sufficient to form a belief about the truth of the
12  allegations contained in this sentence, and on that basis denies them.
13     17. Paragraph 17 of the Complaint contains a legal conclusion to which no
14  response is required. To the extent these allegations do require a response,
15  Wireless denies them.

## ADMINISTRATIVE PROCEDURES

17     18. In response to Paragraph 18 of the Complaint, Wireless lacks knowledge
18  or information sufficient to form a belief about the truth of the allegations
19  contained in this sentence, and on that basis denies them.
20     19. In response to Paragraph 19 of the Complaint, Wireless lacks knowledge
21  or information sufficient to form a belief about the truth of the allegations
22  contained in this sentence, and on that basis denies them.
23     20. In response to Paragraph 20 of the Complaint, Wireless lacks knowledge
24  or information sufficient to form a belief about the truth of the allegations
25  contained in this sentence, and on that basis denies them.
26     21. In response to Paragraph 21 of the Complaint, Wireless lacks knowledge
27  or information sufficient to form a belief about the truth of the allegations
28  contained in this sentence, and on that basis denies them.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-
ANSWER
4855-6607-4483v6/106098-0006

22. In response to Paragraph 22 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

23. In response to Paragraph 23 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

## STATEMENT OF CLAIMS

24. Paragraph 24 of the Complaint contains a legal conclusion to which no response is required. To the extent these allegations do require a response, Wireless denies them.

25. In response to Paragraph 25 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

26. In response to Paragraph 26 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

27. In response to Paragraph 27 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

28. In response to Paragraph 28 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

29. In response to Paragraph 29 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

30. In response to Paragraph 30 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-6-
ANSWER
4855-6607-4483v6/106098-0006

31. In response to Paragraph 31 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

32. In response to Paragraph 32 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

33. In response to Paragraph 33 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

34. In response to Paragraph 34 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

35. In response to Paragraph 35 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

36. In response to Paragraph 36 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

37. In response to Paragraph 37 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

38. In response to Paragraph 38 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

39. In response to Paragraph 39 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-7-
ANSWER

4855-6607-4483v6/106098-0006

40. In response to Paragraph 40 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

41. In response to Paragraph 41 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

42. In response to Paragraph 42 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

43. In response to Paragraph 43 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

44. Paragraph 44 of the Complaint contains a legal conclusion to which no response is required. To the extent these allegations do require a response, Wireless denies them.

45. Paragraph 45 of the Complaint contains a legal conclusion to which no response is required. To the extent these allegations do require a response, Wireless denies them.

46. In response to Paragraph 46 of the Complaint, Wireless lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in this sentence, and on that basis denies them.

**RESPONSE TO PRAYER FOR RELIEF**

Wireless denies the allegations in Paragraphs A – H of EEOC's "Prayer for Relief," except that it admits that EEOC purports to seek certain relief in the Complaint.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-8-
ANSWER
4855-6607-4483v6/106098-0006

## DEFENSES

Wireless asserts the following defenses. In asserting these defenses, Wireless does not assume the burden of proof regarding any issue as to which applicable law places the burden of proof on EEOC.

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

1. The Complaint, and every claim contained therein, fails to allege facts sufficient to state a cause of action against Wireless upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE
(Statute of Limitations)

2. The Complaint as a whole, and each purported cause of action alleged therein, is barred by the applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE
(Laches)

3. The EEOC's claims are barred by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE
(Unclean Hands)

4. The EEOC is barred from maintaining the Complaint and each purported cause of action therein as a result of its unclean hands with respect to the events upon which the Complaint and purported causes of action allegedly are based.

### FIFTH AFFIRMATIVE DEFENSE
(Waiver)

5. The EEOC's claims are barred by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

(Estoppel)

6. The EEOC, by reason of its own acts, omissions, representations, and courses of conduct, are estopped from asserting and/or have waived any right to assert any of the claims alleged in the Complaint against Wireless.

## SEVENTH AFFIRMATIVE DEFENSE

(No Standing)

7. EEOC lacks standing to assert any purported cause of action alleged in the Complaint against Wireless.

## EIGHTH AFFIRMATIVE DEFENSE

(Settlement/Release)

8. The causes of action alleged in the Complaint are subject to settlement/release agreements, which constitute a complete or partial bar to the present action.

## NINTH AFFIRMATIVE DEFENSE

(*Res Judicata*, Bar, and Merger)

9. EEOC is barred by the doctrine of *res judicata* from asserting the Complaint and each purported cause of action therein, in that the matters alleged therein were previously litigated and determined.

## TENTH AFFIRMATIVE DEFENSE

(Collateral Estoppel)

10. The Complaint and each cause of action alleged therein is barred, in whole or in part, by the doctrine of collateral estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

(Not Proper Defendant)

11. Wireless is not a proper defendant and has been improperly named as a defendant in this action in that it was never Charging Party's employer, and

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-10-
ANSWER

4855-6607-4483v6/106098-0006

therefore cannot be liable as to the claims asserted in the Complaint as a matter of law.

### TWELFTH AFFIRMATIVE DEFENSE
(Failure to Exhaust Conciliation Efforts)

12. The Complaint and the purported causes of action alleged therein are barred because EEOC has failed to exhaust conciliation efforts.

### THIRTEENTH AFFIRMATIVE DEFENSE
(No Injury)

13. EEOC is not entitled to relief because it did not suffer any injury.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Unconstitutional Damages)

14. Although Wireless denies that it has committed or has responsibility for any act that could support recovery of any damages, including punitive damages, against Wireless in this lawsuit, if any, to the extent any such act is found, such recovery against Wireless is unconstitutional under numerous provisions of the United States Constitution and the California Constitution including the Excessive Fines Clause of the Eighth Amendment, the Due Process clauses of the Fifth Amendment and Section 1 of the Fourteenth Amendment and other provisions of the United States Constitution, the Excessive Fines Clause of Section 17 of Article I, the Due Process Clause of Section 7 of Article I and other provisions of the California Constitution.

### FIFTEENTH AFFIRMATIVE DEFENSE
(No Punitive Damages)

15. The Complaint and each purported cause of action alleged therein fails to allege facts sufficient to allow recovery of punitive or exemplary damages from Wireless.

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4855-6607-4483v6/106098-0006

## SIXTEENTH AFFIRMATIVE DEFENSE

(Wireless is Not Liable for Punitive Damages)

16. Wireless is not liable for punitive damages herein because neither Wireless nor any of their officers, directors, or managing agents committed any alleged oppressive, fraudulent, or malicious acts, authorized or ratified such an act, had advance knowledge of the unfitness, if any, of the employee or employees, if any, who allegedly committed such acts, or employed any such employee or employees with a conscious disregard of the rights or safety of others.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Lack of Damages)

17. EEOC has not suffered any damages as a result of any actions taken by Wireless or their agents, and EEOC is therefore barred form asserting any cause of action against Wireless.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Independent Intervening Cause, Fault of Others)

18. If EEOC sustained injuries or damages, which Wireless denies, the alleged injuries and damages, if any, were caused solely by the acts, wrongs, or omissions of other persons, entities, preexisting conditions, forces, and/or things over which Wireless had no control and for which Wireless is not responsible.

## NINETEENTH AFFIRMATIVE DEFENSE

(Third Party Liability)

19. Wireless alleges on information and belief that if Wireless has any liability herein, which it does not, it is due solely to the actions or omissions of third parties who should be determined fully responsible for any and all violations EEOC alleges against Wireless in the Complaint.

## TWENTIETH AFFIRMATIVE DEFENSE

(Attorneys' Fees)

20. The Complaint fails to allege facts sufficient to establish a claim for attorneys' fees and/or costs.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

(Special Damages)

21. EEOC has failed to specifically allege special damages. Accordingly, EEOC is not entitled to recover such damages.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

(Equitable and/or Injunctive Relief Not Appropriate)

22. EEOC is not entitled to any equitable or injunctive relief as prayed for in the Complaint because EEOC has suffered no irreparable injury based on any alleged conduct of Wireless and EEOC has an adequate remedy at law for any such alleged conduct.

## RESERVATION OF DEFENSES

Wireless has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable defenses as they may become available or apparent during discovery proceedings. Wireless further reserves the right to amend this answer and/or affirmative defenses accordingly and/or to delete affirmative defenses that Wireless determines through the court of subsequent discovery are not applicable.

## PRAYER

Wherefore, Wireless prays for the following relief:

1. That the Complaint be dismissed with prejudice in its entirety and that judgment be entered for Wireless and against EEOC on the Complaint;

2. EEOC be awarded nothing on its Complaint;

3. The Court award Wireless its costs of suit, including attorneys' fees; and

1      4.     The Court award such other relief as is just and equitable.

## DEMAND FOR JURY TRIAL

Under Federal Rule of Civil Procedure 38(b), Wireless demands a trial by jury on all issues so triable.

DATED: August 15, 2023      STRADLING YOCCA CARLSON & RAUTH
A PROFESSIONAL CORPORATION

By: */s/ Karla Kraft*
Karla Kraft
Victoria McLaughlin
Attorneys for Defendant
Wireless World LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-14-
ANSWER

4855-6607-4483v6/106098-0006