ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. 650-684-0943
Fax No. (415) 522-3425
Mariko.Ashley@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

vs.

ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,

Defendants.

Case No.: 2:19-cv-02187-MCE-CKD

**ORDER GRANTING PLAINTIFF EEOC'S REQUEST TO REDACT DOCUMENTS SUPPORTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ELITE WIRELESS GROUP, INC., AND FOR AN ORDER PROHIBITING PUBLIC DISCLOSURE OF CHARGING PARTY'S NAME IN DEFENDANTS' OPPOSITION**

Pending before this Court is Plaintiff's Equal Employment Opportunity Commission's ("EEOC") Request to Redact Documents Supporting its Motion for Default Judgment against Defendant Elite Wireless Group, Inc. The request seeks to redact the Charging Party's name to preserve her anonymity considering the underlying allegations of sexual assault she experienced as a teenager. Permitting the Charging Party to preserve her anonymity outweighs the traditional right of public access to these records. Accordingly, the EEOC has shown good cause for its request to redact and its request is GRANTED. In addition, Defendants are ORDERED not to disclose the Charging Party's name in any opposition briefs.

The following pleadings and documents must be redacted:

- Plaintiff EEOC's Notice Of Motion and Motion For Default Judgment Against Defendant Elite Wireless Group, Inc.;
- Plaintiff EEOC's Memorandum of Points and Authorities in Support of its Motion for Default Judgment Against Defendant Elite Wireless Group, Inc.;
- Declaration of Charging Party in Support of Plaintiff's EEOC Motion for Default Judgment Against Defendant Elite Wireless Group, Inc.;
- Exhibit A to the Declaration of Charging Party in Support of Plaintiff's EEOC Motion for Default Judgment Against Defendant Elite Wireless Group, Inc.;
- Declaration of Mariko Ashley in Support of Plaintiff's Motion for Default Judgment;
- Exhibits A-D to the Declaration of Mariko Ashley in Support of Plaintiff's Motion for Default Judgment;
- Defendants' pleadings to EEOC's Motion for Default Judgment, and any supporting Declarations and Exhibits; and
- EEOC's reply to any responsive pleadings filed by Defendants, and any supporting Declarations and Exhibits.

**IT IS SO ORDERED.**

Dated: December 6, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE