KARLA KRAFT, State Bar No. 205530
 kkraft@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
Wireless World, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>Defendant. | CASE NO. 2:19-cv-02187-MCE-CKD<br>Honorable Morrison C. England, Jr<br>Magistrate Judge Carolyn K. Delaney<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Complaint Filed: March 1, 2023 |

TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, Stradling Yocca Carlson & Rauth PC, has changed its firm name to Stradling Yocca Carlson & Rauth LLP. The firm's electronic mail addresses, physical address, telephone numbers, and facsimile number will remain unchanged.

Please update your records accordingly to reflect this name change.

DATED: January 9, 2024    STRADLING YOCCA CARLSON & RAUTH LLP

By:  */s/ Karla Kraft*
     Karla Kraft
     Attorneys for Defendant
     Wireless World LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

4877-9847-3115v1/106098-0006