KARLA KRAFT, State Bar No. 205530
  kkraft@stradlinglaw.com
SEAN THOMAS LOBB, State Bar No. 324213
  stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
Wireless World LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>Defendant. | CASE NO. 2:19-cv-02187-MCE-CKD<br>Honorable Morrison C. England, Jr<br><br>**DEFENDANT WIRELESS WORLD LLC'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION TO SET TRIAL DATE AND RELATED DEADLINES**<br><br>Complaint Filed: October 29, 2019 |
|---|---|

Defendant Wireless World LLC ("Defendant") opposes Plaintiff U.S. Equal Employment Opportunity Commission's ("EEOC") third *ex parte* application (Doc. No. 61) to extend all of the deadlines in this case. The EEOC filed this case nearly five years ago in 2019, based on conduct that occurred nearly seven years ago in 2017. The EEOC has already filed *ex parte* applications twice to extend deadlines in this case (Doc. Nos. 30, 46), which the Court granted. (Doc. Nos. 40, 48.)

A third extension of case deadlines is not warranted under the Local Rules, nor is it warranted based on the EEOC's repeated failure to prosecute this case, despite forewarning from the Court as recently as October 31, 2023 (Doc. No. 52). *See* Local Rule 144(c) ("Except for one such initial extension, *ex parte* applications for extension of time are not ordinarily granted."). Accordingly, Defendant respectfully requests that the Court: (1) deny the EEOC's third *ex parte* application to extend case deadlines and (2) dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: February 9, 2024         STRADLING YOCCA CARLSON & RAUTH LLP

By: */s/ Karla Kraft*
Karla Kraft
Sean Thomas Lobb
Attorneys for Defendant
Wireless World LLC