UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>  Defendants. | Case No.: 2:19-cv-02187-MCE-CKD<br><br>**ORDER SETTING TRIAL AND RELATED DATES** |

Good cause appearing, the *ex parte* Application to Set Trial and Related Dates filed by Plaintiff Equal Employment Opportunity Commission ("EEOC") on January 31, 2024 is GRANTED.  Accordingly, the deadlines in this case shall be as follows:

///

///

///

///

///

| Event | Deadline |
|---|---|
| FRCP Rule 26(f) Conference | February 5, 2024 |
| Discovery Cutoff | September 10, 2024 |
| Disclosure of Expert Witnesses | October 15, 2024 |
| Disclosure of Expert Rebuttal Witnesses | November 5, 2024 |
| Dispositive Motions | November 7, 2024 |

The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling on the last filed dispositive motion. The parties are to set forth in their Notice of Trial Readiness, the appropriateness of special procedures, whether this case is related to any other case(s) on file in the Eastern District of California, the prospect for settlement, their estimated trial length, any request for a jury, and their availability for trial. After review of the parties' Joint Notice of Trial Readiness, the Court will issue an order that sets forth new dates for a final pretrial conference and trial.

IT IS SO ORDERED.

Dated: February 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE