UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>Plaintiff,<br><br>v.<br><br>Elite Wireless Group, Inc., et al.,<br><br>Defendants. | No. 2:19-cv-02187-MCE-CKD<br><br>ORDER |

On March 4, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Accordingly, the Court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations (ECF No. 68) are ADOPTED;

1    2. The motion for default judgment against defendant (ECF No. 53) is GRANTED;

2    3. Elite shall pay Charging Party back pay in the amount of $7,916.00 and prejudgment
3       interest at the rate set forth in 28 U.S.C. § 1961. Prejudgment interest is to be
4       calculated from December 29, 2017.

5    4. Elite shall pay Charging Party $100,000 for emotional distress, pain, and suffering.

6    5. Elite shall make full payment of the amounts listed above no later than 30 days after
7       entry of this judgment.

8    6. Elite, its officers, successors, assigns, and all persons in active concert or participation
9       with them are hereby ENJOINED from engaging in sex discrimination against
10      employees, and engaging in any other employment practice that discriminates on the
11      basis of sex.

12   7. Elite is hereby ORDERED to institute and carry out policies, practices, and programs
13      which provide equal employment opportunities for all employees which eradicate the
14      effects of its past and present unlawful employment practices.

15   IT IS SO ORDERED.

16   Dated: April 23, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2