ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

KARLA KRAFT, State Bar No. 205530
SEAN THOMAS LOBB, State Bar No. 324213
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100
kkraft@stradlinglaw.com
stlobb@stradlinglaw.com

*Attorneys for Defendant Wireless World LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>Defendants. | Case No.: 2:19-cv-02187-MCE-CKD<br><br>**JOINT NOTICE OF SETTLEMENT & ORDER** |

1  Pursuant to Local Rule 160, Plaintiff U.S. Equal Employment Opportunity Commission
2  (Commission) and Defendant Wireless World LLC, (collectively, Parties), hereby notify the Court
3  that the Parties have reached a tentative settlement in the above-entitled matter. Settlement is
4  conditioned upon finalizing the terms of a consent decree that is mutually agreeable to the Parties and
5  approved by the Court. The Parties anticipate filing a Proposed Consent Decree for the Court's
6  approval or a Joint Case Management Statement on the status of their negotiations by October 18,
7  2024,

8  ACCORDINGLY, the Parties hereby stipulate to and respectfully request that the Court vacate
9  the pre-trial deadlines. No trial date has been set.

11  DATED this 4th day of September 2024.

12  ROBERTA L. STEELE  
Regional Attorney

KARLA GILBRIDE  
General Counsel

14  MARCIA L. MITCHELL  
Assistant Regional Attorney

CHRISTOPHER LAGE  
Deputy General Counsel

15  JAMES H. BAKER  
Senior Trial Attorney

Office of the General Counsel  
131 "M" Street NE  
Washington, D.C. 20507

17  MARIKO M. ASHLEY  
Trial Attorney

19  By:  */s/ James H. Baker*

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102

*Attorneys for Plaintiff EEOC*

DATED: this 4th day of September 2024.

By:  */s/ Karla Kraft (as authorized on September 4, 2024)*  
STRADLING YOCCA CARLSON & RAUTH LLP  
Karla Kraft  
Sean Thomas Lobb  
Attorneys for Defendant Wireless World LLC

**ORDER**

Based on the foregoing representations of the Parties, the pre-trial dates in this matter are VACATED. The Parties shall file either a Proposed Consent Decree or Joint Case Management Statement on the status of the negotiations by October 18, 2024.

IT IS SO ORDERED.

Dated: September 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE