ROBERTA STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
JAMES H. BAKER, SBN 291836 (CA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0950
Fax No. (415) 522-3425
james.baker@eeoc.gov

*Attorneys for Plaintiff EEOC*

KARLA KRAFT, State Bar No. 205530
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100
kkraft@stradlinglaw.com

*Attorneys for Defendant Wireless World d/b/a Experts Choice*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ELITE WIRELESS GROUP, INC., and WIRELESS WORLD LLC d/b/a EXPERTS CHOICE,<br><br>Defendants. | Case No.: 2:19-cv-02187-DC-CKD<br><br>**[PROPOSED] ORDER ENTERING CONSENT DECREE** |

The Court, having considered the stipulated Consent Decree of the parties filed on November 11, 2024 (Doc. No. 77), HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for

1

purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

IT IS SO ORDERED.

Dated: __**December 4, 2024**__ _____
Dena Coggins
United States District Judge